**Record of Conference and Orders: Vera M. Scanlon, USMJ**  Date: 9/12/19

Case: <u>United States of America v. Nunez</u>  Status Conference @ 2:30 PM

Civ.: 1:16-cv-03485-FB-VMS

**ECF Recording in 13A South:**   ☐ Telephone Conference   ☒ In-person Conference

238- 300

**Counsel:** *(See separately docket entry or document for specific appearances)*

☒ Counsel for Plaintiff(s) ☐ Pro Se Plaintiff(s) ☒ Counsel for Defendant(s) ☐ Pro Se Defendant(s)

**Conference Type:**

☐ Initial Conference ☐ Status Conference ☐ Settlement Conference ☐ Motion Hearing ☒ Discovery Conference ☐
☐ JPTO Conference    ☐ Other _____

**Further to the conference, discovery and other scheduling dates are as follows:**
*(If dates previously set by the Court are not reset, they remain as stated in the previous order.)*

☐ Motions decided on the record

| Item | Date |
|---|---|
| ☒ Rule 26(a) disclosures, incl. supplements | 10/3/19 |
| ☒ Document requests to be served | 11/15/19 |
| ☒ Interrogatories to be served | 11/15/19 |
| ☒ Amended pleadings, incl. joinder — ☒ To be served ☐ To be filed ☐ On consent ☐ By motion ☐ By PMC letter | 1/10/20 |
| ☒ Joint status letter ☐ Stip of dismissal to be filed | 1/29/20 |
| ☒ Status conference — Date: 2/5/20 Time: Noon ☒ In person ☐ Telephone (718) 613-2300  To be organized by: | |
| ☐ Specific depositions to be held | |
| ☒ Fact discovery closes | 4/30/20 |
| ☐ Expert disclosures to be served | |
| ☒ Initial expert report(s) to be served | |
| ☒ Rebuttal expert report(s) to be served | |
| ☐ Expert discovery closes | |
| ☒ All discovery closes | 4/30/20 |
| ☒ Joint letter confirming discovery is concluded | 4/30/20 |
| ☒ Summary judgment to be initiated — ☒ PMC letter ☐ Briefing | 5/29/20 |
| ☒ Joint pre-trial order to be filed — ☐ Letter for conference ☐ Proposed JPTO | 6/26/20 |
| ☐ Proposed confidentiality order to be filed | |
| ☐ Consent to Magistrate Judge to be filed | |
| ☐ Settlement Conference — Date: ___ Time: ___ | |

next
conf P

Page 1 of 2

Vera M. Scanlon, USMJ
Conference Orders, Continued

Case: <u>United States of America v. Nunez</u>　　　　　　　　Civ.: 1:16-cv-03485-FB-VMS
Date: <u>9/12/2019</u>

**Additional Orders:**

Note: Counsel for Δ is considering whether to bring a motion to vacate the underlying criminal conviction.

Former counsel is to provide the entire file to Mr. Zoboba by 9/19/19.

Page 2 of 2